```
                                              FILED

                                          18 AUG 30 PM 2:20

                                          CLERK, U.S. DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA

                                          BY:   VPe        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ERNESTO ALONSO GARCIA CAMPANA (1),<br>WILINTON FERNANDO<br>        RESABALA VELEZ (2),<br>HENRY FABIAN CEVALLOS GOMEZ (3),<br>EMIR JOAQUIN<br>        MACHADO HERNANDEZ (4),<br>WANERGE JONATHAN<br>        GOMEZ ZAMBRANO (5),<br><br>        Defendants. | Case No. __18CR3851 JM__<br><br>I N D I C T M E N T<br><br>Title 46, U.S.C., Secs. 70503 and 70506(b) - Conspiracy to Distribute Cocaine on Board a Vessel; Title 46, U.S.C., Sec. 70503 - Possession of Cocaine with Intent to Distribute on Board a Vessel; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing to on or about August 18, 2018, on board a vessel subject to the jurisdiction of the United States, while on the high seas, defendants ERNESTO ALONSO GARCIA CAMPANA, WILINTON FERNANDO RESABALA VELEZ, HENRY FABIAN CEVALLOS GOMEZ, EMIR JOAQUIN MACHADO HERNANDEZ, and WANERGE JONATHAN GOMEZ ZAMBRANO, did knowingly and intentionally conspire together and with each other and with other persons unknown to the grand jury to distribute 5 kilograms and more, to wit: approximately 769 kilograms (1695 pounds)

EMG:nlv:San Diego
8/27/18

of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 46, United States Code, Sections 70503 and 70506(b).

### Count 2

On or about August 18, 2018, on board a vessel subject to the jurisdiction of the United States, while on the high seas, defendants ERNESTO ALONSO GARCIA CAMPANA, WILINTON FERNANDO RESABALA VELEZ, HENRY FABIAN CEVALLOS GOMEZ, EMIR JOAQUIN MACHADO HERNANDEZ, and WANERGE JONATHAN GOMEZ ZAMBRANO, did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 769 kilograms (1695 pounds) of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 46, United States Code, Section 70503, and Title 18, United States Code, Section 2.

DATED: August 30, 2018.

A TRUE BILL:

_____
Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: _____
EMILY M. GIBBONS
Special Assistant U.S. Attorney